**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CONNIE YOUNG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 19-cv-496 |
| v. | ) ) | |
| WORLD WIDE TECHNOLOGY, LLC, | ) ) | |
| Defendant. | ) | |

## DEFENDANT WORLD WIDE TECHNOLOGY, LLC'S NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant World Wide Technology, LLC ("Defendant") hereby gives notice that its Answer in the above-captioned case claims that the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.*, is unconstitutional as applied to Plaintiff's claims and allegations in this case. Specifically, Defendant alleges that the BIPA, as applied to Plaintiff's claims and allegations, violates the Due Process Clause of the Constitution of the State of Illinois and/or the Fifth and/or Fourteenth Amendments to the United States Constitution because the liquidated statutory damages potentially available under the BIPA are grossly excessive and disproportionate in light of the absence of any actual injury or harm to Plaintiff and the putative class members.

As required by Federal Rule of Civil Procedure 5.1(a), the undersigned counsel for Defendant has served a copy of this Notice and Defendant's Answer on the Illinois Attorney General.

Dated: June 21, 2019	Respectfully submitted,

WORLD WIDE TECHNOLOGY, LLC


*By: /s/ Lauren J. Caisman*

*Attorneys for Defendant World Wide Technology, LLC*

Robert T. Ebert, Jr.
Darci Madden
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
rtebert@bryancave.com
dfmadden@bclplaw.com

Lauren J. Caisman
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5079
Facsimile: (312) 698-7479
lauren.caisman@bclplaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 21st day of June 2019, to the following:

Brandon M. Wise
Paul A. Lesko
PEIFFER WOLF CARR & KANE, APLC
818 Layfayette Ave., Floor 2
St. Louis, MO 63104
bwise@pwcklegal.com
plesko@pwcklegal.com
(by the Court's ECF system and electronic mail)

Office of the Illinois Attorney General
Deputy Attorney General Roger Flahaven
100 West Randolph Street
Chicago, IL 60601
(by certified mail and Federal Express)

>*/s/ Lauren J. Caisman*
> Lauren J. Caisman